E-FILED
Friday, 03 September, 2004  05:12:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION, WELFARE AND )
ANNUITY FUNDS, ILLINOIS LABORERS' AND )
CONTRACTORS TRAINING TRUST FUND, )
CENTRAL ILLINOIS BUILDERS INDUSTRY AD- )
VANCEMENT FUND, SOUTH CENTRAL LABORERS' )
OF IL VACATION FUND, CENTRAL ILLINOIS )
LABORERS AND EMPLOYERS COOPERATION )
AND EDUCATION TRUST (LECET), LABORERS' )
POLITICAL LEAGUE, CENTRAL ILLINOIS )
MIDWEST REGION FOUNDATION FOR FAIR )
CONTRACTING and LABORERS' LOCALS #152, )
#159 AND #703 )
)
    Plaintiffs, )
)
vs. )   Case No. 04-3060
)
ROBERT SPATES d/b/a SPATES CONSTRUCTION, )
)
    Defendant. )

FILED
SEP 0 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ANSWER TO FIRST AMENDED COMPLAINT

**ROBERT SPATES**, Defendant herein, for his Answer to the First Amended Complaint states:

1. The Defendant admits the allegations contained in paragraph 1.
2. The Defendant admits the allegations contained in paragraph 2.
3. The Defendant denies the allegations contained in paragraph 3.
4. The Defendant admits the allegations contained in paragraph 4.
5. The Defendant admits the allegations contained in paragraph 5.
6. The Defendant denies the allegations contained in paragraph 6.
7. The Defendant admits the allegations contained in paragraph 7.
8. The Defendant admits the allegations contained in paragraph 8.
9. The Defendant admits the allegations contained in paragraph 9.
10. The Defendant admits the allegations contained in paragraph 10.

11. The Defendant admits that Spates Contracting, Inc., executed and remitted contribution reports during the calendar year 1998, 1999, 2000, 2001 and 2002. The Defendant further admits that Spates Contracting, Inc., made contributions to the Plaintiffs during that period. The Defendant denies that he undertook any personal obligation or executed any of the contribution report forms in his individual capacity and further denies that he assumed any personal responsibility for Spates Contracting, Inc. The Defendant denies any and all allegations contained in paragraph 11 inconsistent herewith.

12. The Defendant denies that he undertook any personal obligation in his individual capacity and further denies that he assumed any obligation in his individual capacity and further denies, at any time after his discharge in bankruptcy, that he entered into any agreement personally with the Plaintiff. The Defendant denies any and allegations contained in paragraph 12 inconsistent herewith.

13. The Defendant admits the allegations contained in paragraph 13.

14. The Defendant admits the allegations contained in paragraph 14.

15. The Defendant admits that Spates Contracting, Inc., allowed Romolo and Associates, CPA, to examine the payroll records of Spates Contracting, Inc. The Defendant denies that he allowed anyone to examine his personal financial records. The Defendant denies any and all inferences and allegations of paragraph 15 inconsistent herewith.

16. The Defendant denies the allegations contained in paragraph 16.

17. The Defendant admits the allegations contained in paragraph 17.

18. The Defendant denies that he had actual notice of the involuntary dissolution and any and all allegations of paragraph 18 inconsistent therewith.

19. The Defendant admits that the Illinois Business Corporation Act existed.

20. The Defendant admits that he failed to wind up the business of Spates Contracting, Inc., and, further answering, states that he anticipates Spates Contracting, Inc., will be reinstated and continue in operation.

21. The Defendant admits the allegations contained in paragraph 21. Further answering, the Defendant states that he did not intend Spates Contracting, Inc, to be dissolved and anticipates that it will be reinstated.

22. The Defendant denies that he retained the corporate assets for his own benefit and further states that he anticipates the corporation to be reinstated.

23. The Defendant states that from January 6, 1998 to December 28, 1998, any claims that the Plaintiffs asserts is barred by his bankruptcy discharge on December 28, 1998 as ruled by the Honorable Judge Scott. Further answering, the Defendant states that Plaintiffs Exhibit F fails to itemize claims from January 6, 1998 to December 28, 1998. The Defendant further states that, by reason of the failure of the Plaintiff to itemize the sums claimed between January 6, 1998 to December 28, 1998, the Plaintiffs claim includes claims which have been barred by this Court. The Defendant denies all allegations contained in paragraph 23 inconsistent herewith.

24. The Defendant admits the allegations contained in paragraph 24.

25. The Defendant denies that the Trust Agreements and the statutes cited are applicable to this Defendant. The Defendant further states that the attorney's fees claimed by James P. Moody are, in large part, caused by the claim of the Plaintiff for time periods for which the Defendant was discharged in bankruptcy and, therefore, should not be attributable to this Defendant. The Defendant further states that, even as of this First Amended Complaint, the Plaintiff is claiming funds for a time frame which this Court has determined the Plaintiff's claim is barred.

The Defendant admits that Exhibit G is attached to the First Amended Complaint. The Defendant denies that he is responsible for attorney's fees, court costs and other reasonable expenses and all allegations contained in paragraph 25 inconsistent herewith.

WHEREFORE, the Defendant prays for judgment in favor of the Defendant and against the Plaintiff together with his costs of these proceedings.

ROBERT SPATES d/b/a SPATES CONSTRUCTION, Defendant

BY: _____
ROBERT SPATES

- 5 -

## PROOF OF SERVICE

**ROBERT SPATES**, Defendant in the above-entitled matter, hereby certifies that he did on the 2 Nd day of September, 2004, mail by first class, United States Mail, postage fully prepaid, a copy of the above addressed to James P. Moody, 407 E. Adams, P.O. Box 5043, Springfield, IL 62705.

_____
ROBERT SPATES

**ROBERT SPATES**
710 N. Dunham
Decatur, IL 62522
(217) 428-5837