IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT SPATES d/b/a SPATES CONTRACTING, INC., <br><br> Defendant. | Case No: 04 cv 3060 |

## PROPOSED DISCOVERY PLAN

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by and through its counsel, Cavanagh & O'Hara, and Defendant, ROBERT SPATES d/b/a SPATES CONTRACTING, INC., pro se, and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit the following proposed discovery plan.

1. All motions to amend pleadings and/or add parties are to be filed by December 1, 2004, unless good cause is shown;

2. Depositions of the parties and fact witnesses shall be completed by June 1, 2005;

3. All written discovery requests are to be served by May 2, 2005;

4. Plaintiffs' opinion witnesses, if any, shall be disclosed by June 1, 2005. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before August 1, 2005;

5. Defendant's opinion witnesses, if any, shall be disclosed by August 1, 2005. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available

for deposition before October 3, 2005;

6. Dispositive motions are to be filed by November 1, 2005;

7. This case is set for pretrial on _____, 2005;

8. This case is set for trial on _____.

Respectfully submitted,

| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, Plaintiffs, | ROBERT SPATES d/b/a SPATES CONTRACTING, INC., Defendant, |
|---|---|
| JAMES P. MOODY<br>Attorney for Plaintiffs | ROBERT SPATES<br>Pro Se |
| BY: s/ James P. Moody<br>Cavanagh & O'Hara<br>407 East Adams, Box 5043<br>Springfield, IL 62705<br>(217) 544-1771 | BY: s/ Robert Spates<br>Pro Se<br>710 N. Dunham<br>Decatur, IL 62522<br>(217) 428-5837 |

F:\files\CENTRAL\Spates Construction\Spates.PDP.wpd