E-FILED
Wednesday, 06 April, 2005 10:03:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, ) | |
| Defendant. ) | |

## MOTION IN LIMINE

**ROBERT SPATES d/b/a SPATES CONSTRUCTION**, Defendant, hereby moves this Court to enter an order *in limine* preventing the Plaintiff from introducing any evidence, documents, exhibits, statements or comments by witness or counsel concerning claims for contributions against Robert Spates while doing business as Spates Construction which includes, in whole or in part, the time frame prior to and including December 28, 1998 as barred by this Court.

**WHEREFORE**, the Defendant respectfully prays that this Court enter an order *in limine* limiting the statements, arguments, conduct of counsel and the testimony presented by witnesses, documents, exhibits or otherwise concerning claims for contributions against Robert Spates while doing business as Spates Construction which includes, in whole or in part, the time frame prior to and including December 28, 1998 as barred by this Court and for such other and further relief as equity in the premises may require.

ROBERT SPATES d/b/a SPATES CONSTRUCTION, Defendant

BY: /s/ Robert A. Spates
ROBERT SPATES

# PROOF OF SERVICE

     **ROBERT SPATES**, Defendant in the above-entitled matter, hereby certifies that he did on the **1st** day of **April**, 2005, mail by first class, United States Mail, postage fully prepaid, a copy of the above addressed to James P. Moody, 407 E. Adams, P.O. Box 5043, Springfield, IL 62705.

 

*/s/ Robert W. Spates*
ROBERT SPATES

**ROBERT SPATES**
710 N. Dunham
Decatur, IL 62522
(217) 428-5837