IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
APR 0 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., ) ) Plaintiffs, ) ) vs. ) ) ROBERT SPATES d/b/a SPATES ) CONSTRUCTION, ) ) Defendant. ) | Case No. 04-3060 |

## MOTION IN LIMINE

**ROBERT SPATES d/b/a SPATES CONSTRUCTION**, Defendant, hereby moves this Court to enter an order *in limine* preventing the Plaintiff from introducing any evidence, documents, exhibits, statements or comments by witness or counsel, or request for judgment concerning contribution claims against Spates Contracting, Inc. The Defendant asserts as follows:

1.  Spates Contracting, Inc., is not a party to this lawsuit.

2.  Spates Contracting, Inc., is not a signatory to any agreement with Plaintiff and any purported agreements should be excluded as evidence.

**WHEREFORE**, the Defendant respectfully prays that this Court enter an order *in limine* limiting the statements, arguments, conduct of counsel and the testimony presented by witnesses, documents, exhibits or otherwise, or request for judgment concerning contribution claims against Spates Contracting, Inc., and for such other and further relief as equity in the premises may require.

**ROBERT SPATES d/b/a SPATES CONSTRUCTION**, Defendant

BY: _/s/ Robert K. Spates_
**ROBERT SPATES**

# PROOF OF SERVICE

**ROBERT SPATES**, Defendant in the above-entitled matter, hereby certifies that he did on the \_1st\_ day of \_April\_, 2005, mail by first class, United States Mail, postage fully prepaid, a copy of the above addressed to James P. Moody, 407 E. Adams, P.O. Box 5043, Springfield, IL 62705.

*[signature: Robert P. Spates]*
ROBERT SPATES

**ROBERT SPATES**
710 N. Dunham
Decatur, IL 62522
(217) 428-5837