IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>ROBERT SPATES d/b/a SPATES CONSTRUCTION, )<br><br>Defendant. ) | Case No. 04-3060 |

## CERTIFICATE OF SERVICE

Under penalty of perjury, the undersigned hereby certifies that he served the foregoing Defendant's Response to Request for Production of Documents, Answer to First Set of Interrogatories to Defendant, Defendant's Rule 26(a) Disclosure, Interrogatories to Plaintiff and Request for Production of Documents on the following:

James P. Moody
407 E. Adams
P.O. Box 5043
Springfield, IL 62705

by placing them in an envelope addressed as set forth above, with postage prepaid, and placing said envelope in a United States Post Office Box at Decatur, Illinois, at 5:00 o'clock p.m. on April 1, 2005.

_____
ROBERT SPATES

ROBERT SPATES
710 N. Dunham
Decatur, IL 62522
(217) 428-5837