E-FILED
Monday, 18 April, 2005 11:24:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No: 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION IN LIMINE

Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, herein submit its Response to Motion in Limine:

1.    That Defendant filed a Motion in Limine on April 4, 2005, seeking to exclude all evidence concerning claims for contributions against Robert Spates while doing business as Spates Construction prior to December 28, 1998 as barred.

2.    That under the Federal Rule of Evidence 402, such evidence, including the parties' Agreements, is admissible, especially in light of the Court's findings that there are material issues of genuine fact as to whether Spates Contracting, Inc. adopted the Agreements and whether Spates became personally liable for the obligations of Spates Contracting, Inc.

3.    Further, Spates submitted contribution reporting forms and paid contributions on behalf of Spates Contracting and Spates Construction, Inc. after 1998. This dual reporting raises another issue of material fact as to which party adopted the Agreements.

4.    Filed contemporaneously with this Response is Plaintiffs' Memorandum of Law in Support of Its Response to Motion in Limine.

**WHEREFORE**, Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by its attorneys, respectfully pray that this Court deny Defendant's Motion in Limine.

          CENTRAL LABORERS' PENSION, WELFARE
          AND ANNUITY FUNDS, *et al.*, Plaintiffs,

          By:    s/ James P. Moody
                  JAMES P. MOODY
                  **CAVANAGH & O'HARA**
                  Attorneys for Plaintiffs
                  407 East Adams Street
                  P. O. Box 5043
                  Springfield, IL 62705
                  Telephone: (217) 544-1771
                  Facsimile: (217) 544-5236
                  E-mail: jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 18th day of April, 2005:

Robert Spates
710 N. Dunham
Decatur, IL 62522

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

F:\files\CENTRAL\Spates Construction\Response.inlimine.wpd