E-FILED
Monday, 18 April, 2005  11:34:34 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No: 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, | )<br>)<br>)<br>) |
| Defendant. | ) |

## RESPONSE TO MOTION IN LIMINE

Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, herein submit its Response to Motion in Limine:

1.  Defendant filed a Motion in Limine on April 4, 2005, seeking to exclude "any evidence, documents, exhibits, statements or comments by witness or counsel, or request for judgment concerning contribution claims against Spates Contracting, Inc."

2.  The basis for Defendant's motion is that Spates Contracting, Inc. is neither a party to the lawsuit nor signatory to any agreement with Plaintiffs.

3.  Plaintiffs brought suit against Robert Spates d/b/a Spates Construction because Spates Contracting, Inc. was involuntarily dissolved on June 1, 2000. (**See** page 4 of July 9, 2004 Order entered by Judge Scott in this case).

4.  According to the Secretary of State's records, Spates Contracting, Inc. was reinstated on or around April 1, 2005. A copy of the Secretary of State's records is attached hereto and incorporated herein as **Exhibit A**.

1

5. Because Spates Contracting, Inc. was recently reinstated, Plaintiffs intends to file a Motion to Join Spates Contracting, Inc. in this lawsuit pursuant to Federal Rules of Civil Procedure 19 and 20.

6. Further, this Court previously held in this case that there was a material issue of genuine fact as to whether Spates Contracting, Inc. adopted the Agreements between Spates Construction and the Funds. (**See** page 16 of July 9, 2004 Order entered by Judge Scott).

7. That under the Federal Rule of Evidence 402, such evidence, including the parties' Agreements, is admissible.

8. Plaintiffs adopt and incorporate herein, as if stated verbatim, the Memorandum of Law in Support of Response to Motion in Limine filed contemporaneously herewith.

**WHEREFORE**, Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by its attorneys, respectfully pray that this Court deny Defendant's Motion in Limine.

                    CENTRAL LABORERS' PENSION, WELFARE
                    AND ANNUITY FUNDS, *et al.*, Plaintiffs,


            By:     s/ James P. Moody
                    JAMES P. MOODY
                    **CAVANAGH & O'HARA**
                    Attorneys for Plaintiffs
                    407 East Adams Street
                    P. O. Box 5043
                    Springfield, IL 62705
                    Telephone: (217) 544-1771
                    Facsimile: (217) 544-5236
                    E-mail: jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 18th day of April, 2005:

Robert Spates
710 N. Dunham
Decatur, IL 62522

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

F:\files\CENTRAL\Spates Construction\Response.inlimine2.wpd