

# CORPORATION FILE DETAIL REPORT

| | |
|---|---|
| Entity Name | SPATES CONTRACTING, INC. |
| Status | REINSTATED |
| Entity Type | CORPORATION |
| Incorporation Date (Domestic) | 01/06/1998 |
| Agent Name | DAVID G MORROW |
| Agent Street Address | 363 S MAIN STE 305 |
| Agent City | DECATUR |
| Agent Zip | 62523-0000 |
| Annual Report Filing Date | 04/01/2005 |
| File Number | 59750429 |
| Type of Corp | DOMESTIC BCA |
| State | ILLINOIS |
| Agent Change Date | 04/01/2005 |
| President Name & Address | ROBERT A SPATES 981 W GREEN DECATUR 62522 |
| Secretary Name & Address | DAVID G MORROW 3041 E LYNNWOOD DECATUR 62521 |
| Duration Date | PERPETUAL |
| For Year | 2005 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM



EXHIBIT A