IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT SPATES d/b/a SPATES CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) ) ) Case No: 04-3060 ) ) ) ) ) ) |

## MOTION TO JOIN SPATES CONTRACTING, INC.

Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, herein submit its Motion to Join Spates Contracting, Inc.:

1. Spates Contracting, Inc. was involuntarily dissolved in June 2000.

2. Plaintiffs filed it First Amended Complaint on August 19, 2004 naming Robert Spates d/b/a Spates Construction as the Defendant.

3. Spates Contracting, Inc. was reinstated as an Illinois Corporation on or around April 1, 2005.

4. This Court previously held that there was a genuine issue of material fact as to whether Spates Contracting, Inc. adopted the Agreements between Spates Construction and the Funds.

5. Pursuant to Federal Rule of Civil Procedure 19 and 20, Spates Contracting, Inc. should be joined in this lawsuit.

6. Plaintiffs filed contemporaneously herewith Plaintiffs' Memorandum of Law in Support of its Motion to Join Spates Contracting, Inc.

1

**WHEREFORE**, Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by its attorneys, respectfully pray that this Court grant its Motion to Join Spates Contracting, Inc.

        CENTRAL LABORERS' PENSION, WELFARE
        AND ANNUITY FUNDS, *et al.*, Plaintiffs,

By:   s/ James P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      Attorneys for Plaintiffs
      407 East Adams Street
      P. O. Box 5043
      Springfield, IL 62705
      Telephone: (217) 544-1771
      Facsimile: (217) 544-5236
      E-mail: jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 19th day of April, 2005:

Robert Spates
710 N. Dunham
Decatur, IL 62522

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

F:\files\CENTRAL\Spates Construction\motiontojoincover.wpd

3