E-FILED
Tuesday, 03 May, 2005  11:59:38 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) |
| Defendant. | ) |

## MOTION TO EXPAND TIME

ROBERT SPATES d/b/a SPATES CONSTRUCTION, Defendant, hereby moves this Court, pursuant to Rule 6(b) of the F.R.Civ.P., to expand the time to respond to the Plaintiff's Motion to Join Spates Contracting, Inc., and to respond to the Response to the Motions in Limine filed by the Defendant. In support thereof, the Defendant states:

1. That the Defendant served interrogatories and a request for production of documents on the Plaintiff on April 1, 2005. The response is due on May 3, 2005. The requested information is relevant to the reply to these motions.

2. That the Defendant requests the time be expanded to reply to the motions as stated until 21 days after the Defendant receives the Plaintiff's answers to interrogatories and request for production of documents.

WHEREFORE, the Defendant respectfully prays that this Court expand the time for Defendant to respond to Plaintiff's motion and for such other and further relief as equity in the premises may require.

ROBERT SPATES d/b/a SPATES CONSTRUCTION, Defendant

BY: _____
ROBERT SPATES

## PROOF OF SERVICE

      ROBERT SPATES, Defendant in the above-entitled matter, hereby certifies that he did on the 29th day of April, 2005, mail by first class, United States Mail, postage fully prepaid, a copy of the above addressed to James P. Moody, 407 E. Adams, P.O. Box 5043, Springfield, IL 62705.

                                          */s/ Robert A. Spates*
                                          ROBERT SPATES

**ROBERT SPATES**
710 N. Dunham
Decatur, IL 62522
(217) 428-5837