IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et a.l.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No: 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXPAND TIME

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and states that it has no objection to Defendant's Motion to Expand Time to respond to Plaintiffs' Motion to Join Spates Contracting, Inc. and to reply to the Response to the Motions in Limine filed by Defendant.

CENTRAL LABORERS' PENSION FUND, *et. al.*,
Plaintiffs,

By:  s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 2nd day of May, 2005:

Robert Spates
710 N. Dunham
Decatur, IL 62522

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

F:\files\CENTRAL\Spates Construction\R-MotExpand.wpd