IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No: 04-3060 |
| ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's request for a status report, state as follows:

1. Plaintiffs and Defendant have met and discussed certain audit challenges that have reduced the amount of liability alleged to be owed. Based on these adjustments and the adjustments resulting from Robert Spates' personal bankruptcy, Plaintiffs are attempting to determine an exact amount owed.

2. Plaintiffs intend to join Spates Contracting, Inc. and serve Spates Contracting, Inc. by October 3, 2005. The parties will then confer and contact the Court regarding the scheduling order.

CENTRAL LABORERS' PENSION FUND, *et. al.,*
Plaintiffs,

By:   s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams Street

P. O. Box 5043  
Springfield, IL 62705  
Telephone: (217) 544-1771  
Facsimile: (217) 544-5236  
E-mail: jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees, affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 22nd day of September, 2005:

Robert Spates  
710 N. Dunham  
Decatur, IL 62522

s/ James P. Moody_____  
JAMES P. MOODY  
**CAVANAGH & O'HARA**  
Attorneys for Plaintiffs  
407 East Adams Street  
P. O. Box 5043  
Springfield, IL 62705  
Telephone: (217) 544-1771  
Facsimile: (217) 544-5236  
E-mail: jim@cavanagh-ohara.com

F:\files\CENTRAL\Spates Construction\StatusReport.wpd