**Spates Construction Co.**
**Unreported Regular Hours**
**For period 1/1/98 - 12/31/98**
**Local: 159**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OUTLAW, LLOYD C 414924184 | 0.00 | 0.00 | 41.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 |
| Shaw, Charles 412962653 | 0.00 | 0.00 | 53.50 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.50 |
| SPATES, PAUL A. 326520164 | 0.00 | 0.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 107.50 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $387.00 | $57.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $444.60 |
| WELFARE | $0.00 | $0.00 | $274.12 | $40.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $314.92 |
| DENTAL | $0.00 | $0.00 | $16.13 | $2.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.53 |
| TRAINING | $0.00 | $0.00 | $26.88 | $4.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.88 |
| IAF | $0.00 | $0.00 | $10.75 | $1.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.35 |
| CI LECET | $0.00 | $0.00 | $7.53 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.65 |
| CI MRFFC | $0.00 | $0.00 | $5.38 | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.18 |
| CI WORK DUES | $0.00 | $0.00 | $69.87 | $10.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $80.27 |
| **Total Liability** | $0.00 | $0.00 | $797.66 | $118.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $916.38 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | |
| WELFARE | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | 2.550 | |
| DENTAL | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | |
| TRAINING | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | |
| IAF | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CI LECET | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | 0.070 | |
| CI MRFFC | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| CI WORK DUES | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | 0.650 | |

1 of 5

EXHIBIT #1

## Spates Construction Co.
## Unreported Regular Hours
### For period 01/01/1999 - 12/31/1999
### Local: 152-NU

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bozart, William 999990010 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| Hickman, Willie 999990007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| Smith, Charles 999990009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| Towles, Thomas 999990008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 0.00 | 8.00 | 0.00 | 0.00 | 24.00 |
| Windom, James 999990006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.00 | 16.00 | 0.00 | 42.00 | 0.00 | 0.00 | 102.00 |
| Amounts Due | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132.00 | $48.00 | $0.00 | $126.00 | $0.00 | $0.00 | $306.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132.00 | $48.00 | $0.00 | $126.00 | $0.00 | $0.00 | $306.00 |
| IAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.28 | $1.92 | $0.00 | $5.04 | $0.00 | $0.00 | $12.24 |
| CI MRFFC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.20 | $0.80 | $0.00 | $2.10 | $0.00 | $0.00 | $5.10 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $271.48 | $98.72 | $0.00 | $259.14 | $0.00 | $0.00 | $629.34 |
| Rates | | | | | | | | | | | | | |
| PENSION | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | |
| ANNUITY | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | |
| IAF | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | |
| CI MRFFC | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |



2 of 5

**Spates Construction Co.**
**Unreported Regular Hours**
**For period 1/1/00 - 12/31/00**
**Local: 703**

REID, JAMES E.
411849148

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 0.00 | 57.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $128.00 | $0.00 | $228.00 |
| WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67.50 | $0.00 | $0.00 | $0.00 | $0.00 | $86.40 | $0.00 | $153.90 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.25 | $0.00 | $0.00 | $0.00 | $0.00 | $8.00 | $0.00 | $14.25 |
| IAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.84 | $0.00 | $6.84 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26.25 | $0.00 | $0.00 | $0.00 | $0.00 | $33.60 | $0.00 | $59.85 |
| CI LECET | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.75 | $0.00 | $0.00 | $0.00 | $0.00 | $4.80 | $0.00 | $8.55 |
| CI MRFFC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.25 | $0.00 | $0.00 | $0.00 | $0.00 | $1.60 | $0.00 | $2.85 |
| CI LEGAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.50 | $0.00 | $0.00 | $0.00 | $0.00 | $9.60 | $0.00 | $17.10 |
| CI WORK DUES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.25 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | $0.00 | $71.25 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246.75 | $0.00 | $0.00 | $0.00 | $0.00 | $315.84 | $0.00 | $562.59 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | |
| WELFARE | 0.000 | 0.000 | 0.000 | 0.000 | 2.700 | 2.700 | 2.700 | 2.700 | 2.700 | 2.700 | 2.700 | 2.700 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | |
| IAF | 0.000 | 0.000 | 0.000 | 0.000 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 0.000 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | |
| CI LECET | 0.000 | 0.000 | 0.000 | 0.000 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | |
| CI MRFFC | 0.000 | 0.000 | 0.000 | 0.000 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| CI LEGAL | 0.000 | 0.000 | 0.000 | 0.000 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | |
| CI WORK DUES | 0.000 | 0.000 | 0.000 | 0.000 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | 1.250 | |



315



**Spates Construction Co.**
**Unreported Regular Hours**
**For period 01/01/2002 - 12/31/2002**
**Local: 159**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Krause, Donald 330386230 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 128.50 |
| Krause, Scott 361646320 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 87.00 |
| SPATES, ANTHONY D 372807348 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.50 |
| **Unreported Regular Hours** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 234.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 234.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $936.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $936.00 |
| WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $690.31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $690.31 |
| DENTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RTRE WEL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46.80 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.20 |
| IAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.08 |
| CI LECET | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58.51 |
| CI MRFFC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.40 |
| CI WORK DUES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SC VACATION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.40 |
| CI DUES CHECK OFF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.89 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,075.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,075.59 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 3.600 | 3.600 | 3.600 | 3.600 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | 4.000 | |
| WELFARE | 2.550 | 2.550 | 2.550 | 2.550 | 2.950 | 2.950 | 2.950 | 2.950 | 2.950 | 2.950 | 2.950 | 2.950 | |
| DENTAL | 0.150 | 0.150 | 0.150 | 0.150 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| RTRE WEL | 0.000 | 0.000 | 0.000 | 0.000 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | |
| TRAINING | 0.250 | 0.250 | 0.250 | 0.250 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | 0.300 | |
| IAF | 0.100 | 0.100 | 0.100 | 0.100 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | |
| CI LECET | 0.070 | 0.070 | 0.070 | 0.070 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | |
| CI MRFFC | 0.050 | 0.050 | 0.050 | 0.050 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CI WORK DUES | 0.650 | 0.650 | 0.650 | 0.650 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| SC VACATION | 0.000 | 0.000 | 0.000 | 0.000 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | |
| CI DUES CHECK OFF | 0.000 | 0.000 | 0.000 | 0.000 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | |



5 of 5

**Spates Construction Co.**
**Unreported Gross Wages**
**For period 01/01/2002 - 12/31/2002**
**Local: 159**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Krause, Donald 330386230 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,893.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,893.67 |
| Krause, Scott 361646320 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,219.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,219.84 |
| SPATES, ANTHONY D 372807348 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $447.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $447.35 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,560.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,560.86 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $194.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $194.63 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $194.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $194.63 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 0.00% | 0.00% | 0.00% | 0.00% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |