E-FILED
Thursday, 09 February, 2006  02:47:37 PM
Clerk, U.S. District Court, ILCD

January 13, 2006

Mr. James P. Moody
Cavanagh & O'Hara
407 E. Adams Street
Springfield, IL 62701

    Re:    Central Laborers' Pension Fund, et al. v. Spates Contracting, Inc. and
             Robert Spates d/b/a Spates Construction

Dear Mr. Moody:

    As Registered Agent for Spates Contracting Inc., the corporation is waiving service of process. We are in receipt of the Second Amended Complaint, and will file appropriate responsive pleadings within the appropriate time frame.

                                            Very truly yours,

                                            David G. Morrow

*Signature redacted - PJR*

cc: Robert Spates