E-FILED
Thursday, 16 February, 2006 09:06:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No: 04-3060 |
| SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATED JUDGMENT ORDER

This cause coming on to be heard before this Court upon the Second Amended Complaint filed by Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, against SPATES CONTRACTING, INC.;

WHEREAS, the Plaintiffs and the Defendant, SPATES CONTRACTING, INC., have hereby agreed to enter into a stipulated judgment as evidence by the signatures herein below of the respective party representatives hereto;

WHEREAS, the Plaintiffs filed its Second Amended Complaint against the Defendant, SPATES CONTRACTING, INC., on October 5, 2005;

WHEREAS, the Defendant, SPATES CONTRACTING, INC., waived service of process on January 13, 2006;

WHEREAS, the Defendant, SPATES CONTRACTING, INC., has agreed that judgment be entered in favor of Plaintiffs and against the Defendant, SPATES CONTRACTING, INC., in the amount of $6,120.34 for contributions, liquidated damages and audit costs;

WHEREAS, the Defendant, SPATES CONTRACTING, INC., has agreed that judgment be entered in favor of Plaintiffs and against the Defendant, SPATES CONTRACTING, INC., in the amount of $19,433.25 for attorney fees and costs pursuant to 29 U.S.C. §1132(g)(2);

WHEREFORE, judgment is hereby entered in favor of Plaintiffs and against the Defendant, SPATES CONTRACTING, INC., in the aggregate sum of $25,553.59.

ENTERED this ____ day of _____, 2006.

_____
United States District Judge

APPROVED AS TO CONTENT AND FORM:

___s/ James P. Moody_____
Attorney for Plaintiffs

_____     Signature redacted PJE
Robert Spates, President
SPATES CONTRACTING, INC.

2