IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No: 04-3060 ) |
| SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

NOW COME the Plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, et al., and the Defendant ROBERT SPATES, individually, and the parties hereby stipulate that the above action is dismissed with prejudice as to the Defendant, ROBERT SPATES, individually.

CENTRAL LABORERS' PENSION, WELFARE
AND ANNUITY FUNDS, et al.,
Plaintiffs,

By: s/ James P. Moody

ROBERT SPATES,
Defendant,

By: _____
Robert Spates

Signature redacted
PJR

CAVANAGH & OHARA
Attorneys for Plaintiffs
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jim@cavanagh-ohara.com