AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 16 February, 2006  03:30:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Central Laborers' Pension , Welfare and Annuity Funds, et al.**

vs.                                                     Case Number:    **04-3060**

**Robert Spates, Individually
and Spates Construction**

☐  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott, this cause is dismissed with prejudice as to Defendant Robert Spates, individually.  Judgment is entered in favor of Plaintiffs and against Spates Contracting, Inc. in the total amount of $25,553.59.------------------------------

ENTER this 16th day of February, 2006

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK