IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No: 04-3060 |
| SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION, | ) ) ) ) ) |
| Defendants. | ) ) |

## CITATION TO DISCOVER ASSETS

To:   Mr. Robert Spates
      710 N. Dunham
      Decatur, IL 62522

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **January 18, 2007 at 11:15 a.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, *et al.*

On February 16, 2006, Judgment was entered in favor of the Plaintiffs and against the Defendant in the total amount of $25,553.59. The sum of $25,553.59 remains unsatisfied.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, December 15 , 2006.

(SEAL)

s/John M. Waters
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771

**SCHEDULE A**

1. All payroll records of SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION for the years 2004 to current, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

2. Federal and State Income Tax Returns for SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION for the years 2004 to current.

3. All payroll accounts and any other records indicating the amount of monies earned or owed by SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION from 2004 to current.

4. All deeds relating to real estate owned in part or in toto by SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION.

5. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or in toto by SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION.

6. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by SPATES CONTRACTING, INC. AND ROBERT SPATES d/b/a SPATES CONSTRUCTION.

F:\files\CENTRAL\Spates Construction\CTDA.wpd