E-FILED
Thursday, 04 January, 2007 11:04:27 AM
Clerk, U.S. District Court, ILCD

# SHERIFF'S FEES (Out of County)

Service and Return ............................................... $ 30.00

Mileage .................................................................. $ 2.00

I certify that I served this summons on defendant as follows:

**(A) INDIVIDUAL DEFENDANTS-PERSONAL:**
By leaving a copy, of the complaint, with each individual defendant personally, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|
| SPATES | ROBERT | 9/23/1935 | MALE | BLACK |

**(B) INDIVIDUAL DEFENDANTS-ABODE:**
By leaving a copy, and a copy of the complaint, at the usual place of abode of each individual defendant with a person of his family, of the age 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| LAST NAME SERVED | FIRST NAME SERVED | DOB SERVED | SEX SERVED | RACE SERVED |
|---|---|---|---|---|

**(C) CORPORATION DEFENDANTS:**
By leaving a copy, and copy of the complaint, with the registered agent, officer or agent of each defendant corporation, as follows:

| LAST NAME TO SERVE | FIRST NAME TO SERVE | BUSINESS TO SERVE |
|---|---|---|

**(D) OTHER:**

| LAST NAME TO SERVE | FIRST NAME TO SERVE | | |
|---|---|---|---|
| SPATES | ROBERT | CASE NUMBER | 04-3060 |
| DATE SERVED | 12/31/2006 | TIME SERVED | 9:25 AM | SERVED BY | BARKER, GARY |
| ADDRESS SERVED | 981 W GREEN ST | CITY SERVED | DECATUR | STATE SERVED | ILLINOIS |

TYPE OF PAPER    CITATION
SERVED BY ID    3977
RELATION SERVED    SELF
SO NUMBER    12779

COMMENTS:

RETURN PROCESSED BY
CAROL BOLYARD #4875
MACON COUNTY SHERIFF'S OFFICE

Jerry Dawson
Sheriff of Macon Co.

SIGNATURE REDACTED

MSO/339